IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA MARTIN** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 14-3729** |
| v. | : | |
| | : | |
| **JOHN J. MCHUGH,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW,** this 30th day of July 2014, upon consideration of the *request for appointment of counsel* filed by Plaintiff Linda Martin ("Plaintiff") [ECF 2], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the request for appointment of counsel is **DENIED.**[1]

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.

---

[1] Plaintiff may file responses to the pending motions to dismiss filed by Defendants Robert Boutselis and John Semodejka [ECF 5 and 7] by August 27, 2014.