IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA MARTIN** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 14-3729 |
| v. | : | |
| | : | |
| **JOHN J. MCHUGH,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW,** this 7th day of November 2014, upon consideration of Defendants' *motion to transfer venue*, [ECF 11], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to transfer this civil action to the Middle District of Pennsylvania for further proceedings and to close this case.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.